JOSEPH E. McALLASTER et al., Respondents, *v.* EMELINE P. BRITTON, Appellant.

*McAllaster* v. *Britton*, 67 App. Div. 627, affirmed.
(Argued December 11, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 11, 1902, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Joseph George* for appellant.

*John F. Cook* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Absent: CULLEN, J.